Daniel Sadeh, Esq.
**HALPER SADEH LLP**
667 Madison Avenue, 5th Floor
New York, NY 10065
Telephone: (212) 763-0060
Facsimile: (646) 776-2600
Email: sadeh@halpersadeh.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WILLIAM MILLER,<br><br>　　Plaintiff,<br><br>v.<br><br>RUMBLEON, INC., ADAM ALEXANDER, DENMAR J. DIXON, RICHARD A. GRAY JR., PETER LEVY, MICHAEL MARCHLIK, and KEVIN WESTFALL,<br><br>　　Defendants. | Case No: 1:21-cv-04057-DG-VMS<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff William Miller hereby voluntarily dismisses the above-captioned action without prejudice. Defendants have not served an answer or a motion for summary judgment.

Dated: October 13, 2021　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　**HALPER SADEH LLP**

　　　　　　　　　　　　　　　　　　　　　By: /s/ Daniel Sadeh
　　　　　　　　　　　　　　　　　　　　　Daniel Sadeh, Esq.
　　　　　　　　　　　　　　　　　　　　　667 Madison Avenue, 5th Floor
　　　　　　　　　　　　　　　　　　　　　New York, NY 10065
　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 763-0060
　　　　　　　　　　　　　　　　　　　　　Facsimile: (646) 776-2600
　　　　　　　　　　　　　　　　　　　　　Email: sadeh@halpersadeh.com

　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

2

**CERTIFICATE OF SERVICE**

      I, Daniel Sadeh, hereby certify that on October 13, 2021, a true and correct copy of the annexed **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: October 13, 2021                                          /s/ Daniel Sadeh
                                                                                     Daniel Sadeh